UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.   CASE NUMBER: 2:18-mj-00086

**CONNOR ANTHONY PUTILLION.**

FILED
AUG 2 0 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

### SEALED MOTION TO SEAL

Comes now the United States of America by Emily J. Wasserman, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to seal the Criminal Complaint, Affidavit, Arrest Warrant, this Sealed Motion and Order, in order to allow for the arrest of the defendant in this matter. The United States also moves this Court to authorize disclosure of the arrest warrant, or its existence, to such law enforcement agencies as is necessary to effect the arrest. The United States respectfully requests that the Affidavit remain under seal after the arrest warrant is executed because the information set forth in the Affidavit is part of an ongoing criminal investigation in relation to violations of Title 18, United States Code, Sections 2423(a). Revealing the existence of the investigation could jeopardize the ongoing criminal investigation, including investigators ability to locate additional evidence.

          Respectfully submitted,

          MICHAEL B. STUART
          United States Attorney

By:     *[signature]*
          s/Emily J. Wasserman
          EMILY J. WASSERMAN
          Assistant United States Attorney
          CO State Bar No. 48509
          300 Virginia Street, East
          Room 4000
          Charleston, West Virginia 25301
          Telephone: 304-345-2200
          Fax: 304-347-5104
          E-mail: emily.wasserman@usdoj.gov