UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
NOVEMBER 20, 2018 SESSION



FILED
NOV 2 0 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.         CRIMINAL NO. 2:18-cr-00186
           18 U.S.C. § 2252A(a)(2)
           18 U.S.C. § 2252A(a)(5)(B)
**CONNOR ANTHONY PUTILLION**   18 U.S.C. § 2252A(b)(1)
           18 U.S.C. § 2252A(b)(2)
           18 U.S.C. § 2423(a)
           18 U.S.C. § 2423(e)

## S U P E R S E D I N G
## I N D I C T M E N T

The Grand Jury Charges:

### COUNT 1
(Interstate transportation of a minor for illegal sexual purposes)

On or about May 29, 2017, defendant CONNOR ANTHONY PUTILLION did knowingly transport a known individual who had not attained the age of 18 years in interstate commerce, that is, from at or near Ripley, Jackson County, West Virginia, within the Southern District of West Virginia, to Alexandria, Virginia, with the intent that the individual engage in sexual activity for which any person could be charged with a criminal offense, and attempted to do so.

In violation of Title 18, United States Code, Sections 2423(a) and 2423(e).

## COUNT 2
(Possession of child pornography)

On or about May 29, 2017, at or near Ripley, Jackson County, West Virginia, and within the Southern District of West Virginia, defendant CONNOR ANTHONY PUTILLION did knowingly possess material, that is, a video of child pornography, as defined in 18 U.S.C. § 2256(8)(A), which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## COUNT 3
(Attempted receipt of child pornography)

From on or about June 7, 2017, through on or about December 23, 2017, defendant CONNOR ANTHONY PUTILLION did knowingly attempt to receive material, that is, images of child pornography, as defined in 18 U.S.C. § 2256(8)(A), to be sent from Ripley, Jackson County, West Virginia, and within the Southern District of West Virginia, to Alexandria, Virginia and Richland, North Carolina, and elsewhere, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

MICHAEL B. STUART
United States Attorney

By: _____
EMILY J. WASSERMAN
Assistant United States Attorney