IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION



FILED
JAN 2 4 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA,

v.                              CRIMINAL ACTION NO. 2:18-cr-00186

CONNOR ANTHONY PUTILLION

## WRITTEN PLEA OF GUILTY

In the presence of James M. Cagle, my counsel, who has fully explained the charges contained in the Superseding Indictment against me, and having received a copy of the Superseding Indictment before being called upon to plead, I hereby plead guilty to the charge contained in Count Three of the Superseding Indictment.

DATE: 1/24/19

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT