

# The United States Marine Corps

This is to certify that

### Connor A. Putillion

has successfully passed the required mental, moral and physical examinations and has been accepted for enlistment in the

**Delayed Entry Program**

of the United States Marine Corps.

The defense of our country and our freedoms is the duty and privilege of every citizen. The Marine Corps has a proud tradition of outstanding service to our country in peace and war.

Voluntary membership in this elite military organization is a clear demonstration of the American qualities of patriotism and loyalty.



Recruiter, United States Marine Corps

Presented this  25th  day of  June , 20 13 .

By the Commanding Officer,
Marine Corps Recruiting Station





Lindsey's Post



Whitney Putillion and 3 others

Like  Comment