Kathy 

 Carole Doyle and 64 others — 10 Comments

👍 Like    💬 Comment    ↪ Share

---

 **Kathy Page** shared **U.S. Department of Defense (DoD)**'s video.
July 21, 2017

My son, Connor Putillion.......works at the Pentagon and gave a tour for the Department of Defense to the last known survivors of the USS Arizona. Soooooo proud of him ❤️

 **U.S. Department of Defense (DoD)** added a new video: Welcoming USS Arizona survivors to the Pentagon.
July 21, 2017

This morning, the **United States Air Force, U.S. Army, U.S. Marine Corps** and **U.S. Navy** helped us welcome three of the five remaining **#USSArizona** survivors to **The Pentagon**. Thank yo... Continue Reading



200K Views

 Delores Lee Britton and 94 others — 19 Comments

👍 Like    💬 Comment    ↪ Share

---

 News Feed    Requests    Notifications    More

Kathy Page  

Happy 55th Kathy Page ❤️❤️

👍❤️ Whitney Putillion and 29 others          10 Comments

👍 Like    💬 Comment    ↪ Share

---

 **Kathy Page** shared **Briana Herrera**'s photo.
January 31, 2017 · 👥

My son, Connor Putillion, front row-far right. Soooo proud of him. 🇺🇸

 **Briana Herrera** updated her cover photo.
January 31, 2017 · 🌎

Picture with Deputy Secretary of Defense Robert O' Work



👍❤️ Les Putillion and 39 others

👍 Like    💬 Comment    ↪ Share

---

Rachel Conley shared Emily Miller's photo.

   
News Feed    Requests    Notifications    More

