

# 4th of July

## SOUTH LAWN

## - WHITE HOUSE -







